| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br>YESID RIOS SUAREZ,<br>　　　　　　　　　　　Plaintiff,<br>　　　　-v-<br>UNITED STATES OF AMERICA,<br>　　　　　　　　　　　Defendant.<br>------------------------------------------------------------ X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: February 5, 2018<br><br>17-cv-0133 (KBF)<br>11-cr-0836 (KBF)<br><br>OPINION & ORDER |

KATHERINE B. FORREST, District Judge:

Having considered petitioner's habeas petition, (see ECF No. 6), the Court declines to issue a certificate of appealability, as petitioner has not made a substantial showing of a denial of a federal right. See Matthews v. United States, 682 F.3d 180, 185 (2d Cir. 2012).

SO ORDERED.

Dated:　　　New York, New York
　　　　　　February 5, 2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KATHERINE B. FORREST
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copy to:
Yesid Rios Suarez
No. 92000-054
U.S. Penitentiary—McCreary
P.O. Box 3000
Pine Knot, KY 42635