UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

YESID RIOS SUAREZ,                          :
                                            :
                        Petitioner,         :
                                            :
        - against –                         :                    17-CV-00133 (VSB)
                                            :
UNITED STATES OF AMERICA,                   :                    **ORDER**
                                            :
                        Defendant.          :
                                            :
-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/24/2021
```

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Petitioner Yesid Rios Suarez's ("Petitioner" or "Suarez") motion for

reconsideration.  (Doc. 39.)  I had previously directed Petitioner to file any objections to Magistrate

Judge Aaron's Report & Recommendation ("R&R") by July 29, 2019.  (Doc. 37.)  No objections

from Petitioner were filed on the docket, and on February 26, 2020, I adopted the R&R in its

entirety.  (Doc. 38.)  In the instant motion for reconsideration, Petitioner alleges that with the

assistance of a fellow prisoner, he filed objections to the R&R on July 18, 2019.  (Doc. 39 ¶ 3.)  He

attaches his objections to the motion.  (*See id.* at 4.)  The objections are dated July 18, 2019;

however, the certificate of service is undated.  (*Id.* at 10.)  Given that the objections would be timely

if they were in fact filed on July 18, 2019, the Government is directed to inform me by on or before

August 30, 2021 if it received a copy of these objections, and if so, when it received them.  The

Clerk of Court is respectfully directed to mail a copy of this order to Pro Se Petitioner.

SO ORDERED.

Dated: August 24, 2021
       New York, New York

Vernon S. Broderick
United States District Judge